No. D–147. IN RE DISBARMENT OF PENCE. The rule to show cause is discharged and the order entered November 27, 1978 [*ante*, p. 975], is vacated.

No. D–150. IN RE DISBARMENT OF GILLARD. It is ordered that Jack F. C. Gillard, of Albert Lea, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–151. IN RE DISBARMENT OF HOPFL. It is ordered that Charles E. Hopfl, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–152. IN RE DISBARMENT OF WATERS. It is ordered that Michael F. Waters, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–153. IN RE DISBARMENT OF OLITT. It is ordered that J. Jerome Olitt, of White Plains, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–154. IN RE DISBARMENT OF BRICKEL. It is ordered that Bernard Michael Brickel, of Croton-on-Hudson, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.